No. 407. SERVICE *v.* DULLES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Warner W. Gardner* for petitioner. *Solicitor General Rankin, Assistant Attorney General*

*Doub, Paul A. Sweeney* and *Donald B. MacGuineas* for respondents.

